# United States Bankruptcy Court
## Northern District Of Illinois
## Western Division

Page 1

In RE: BEVERLY R. LEARN
520 PEARL ST., UNIT 205

BELVIDERE IL 61008

Case Number    12/5/2016

**16-80724  TML**

SS #:   xxx-xx-8775    xxx-xx-

### TRUSTEE'S NOTICE OF CLAIMS FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below.  The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c).  "NOT FILED" is shown in claim classification column if the creditor has not filed a claim.  Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class |
|---|---|---|---|---|---|---|---|
| 000-0 | GERACI LAW L.L.C. | 55 E. MONROE STREET  #3400 CHICAGO,IL 60603- | 05/20/2016 | 4,000.00 | 4,000.00 | 0.00 | Legal |
| 001-0 | FIRSTMERIT BANK | 111 CASCADE PLAZA CAS 36 AKRON,OH 44308- | 04/21/2016 | 6,008.40 | 6,008.40 | 5.50 | Secured |
| 002-0 | PORTFOLIO RECOVERY ASSOCIATES | PO BOX 12914 NORFOLK,VA 23541- | 07/25/2016 | 2,756.49 | 2,756.49 | 0.00 | Unsecured |
| 003-0 | CAPITAL ONE BANK USA NA PO BOX 71083 | BY AMERICAN INFOSOURCE LP CHARLOTTE,NC 28272-1083 | 05/06/2016 | 966.68 | 966.68 | 0.00 | Unsecured |
| 004-0 | QUANTUM3 GROUP LLC as agent fo PO BOX 788 | COMENITY BANK KIRKLAND,WA 98083-0788 | 05/26/2016 | 307.88 | 307.88 | 0.00 | Unsecured |
| 007-0 | RESURGENT CAPITAL SERVICES | PO BOX 10587 GREENVILLE,SC 29603-0587 | 06/29/2016 | 1,521.82 | 1,521.82 | 0.00 | Unsecured |
| 008-0 | RESURGENT CAPITAL SERVICES | PO BOX 10368 GREENVILLE,SC 29603-0368 | 06/27/2016 | 898.47 | 898.47 | 0.00 | Unsecured |
| 009-0 | MIDLAND CREDIT MANAGEMENT as a PO BOX 2011 | MIDLAND FUNDING LLC WARREN,MI 48090- | 07/05/2016 | 2,097.00 | 2,097.00 | 0.00 | Unsecured |

United States Bankruptcy Court
Northern District Of Illinois
Western Division

Page 2

In RE: BEVERLY R. LEARN
520 PEARL ST., UNIT 205

BELVIDERE IL 61008

Case Number 12/5/2016

**16-80724 TML**

SS #: xxx-xx-8775 xxx-xx-

**TRUSTEE'S NOTICE OF CLAIMS FILED**

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims.
Please note that Bankruptcy Code Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| Creditor | Address | Date Filed | Amount Filed | Amt To Pay | Int Rate | Class |
|---|---|---|---|---|---|---|

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.
IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall be retained in the Trustee's file in this case.

/s/ Lydia S. Meyer
----------------------------------------
Standing Bankruptcy Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12-6-16    By /s/ Heather Fagan