| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Beverly R. Learn** | | Social Security number or ITIN | **xxx–xx–8775** |
| | First Name    Middle Name    Last Name | | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN    _ _ _ _ | |
| | | | EIN    _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court **Northern District of Illinois** | | | | |
| Case number:  **16–80724** | | | | |

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Beverly R. Learn

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

July 2, 2019

**For the court:**    Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 16-80724-TML
Beverly R. Learn                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: jclarke           Page 1 of 1           Date Rcvd: Jul 02, 2019
                             Form ID: 3180W           Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
db            +Beverly R. Learn,    520 Pearl St.,    APT# 205,    Belvidere, IL 61008-5264
24359906      +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
24359905      +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
24452170      +FirstMerit Bank, N.A.,     Weltman, Weinberg & Reis Co LPA,    180 N LaSalle St Ste 2400,
               Chicago, IL 60601-2704
24359904      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24359896      +EDI: TSYS2.COM Jul 03 2019 05:38:00       Barclays BANK Delaware,    Attn: Bankruptcy Dept.,
               125 S West St,    Wilmington,DE 19801-5014
24359897       EDI: CAPITALONE.COM Jul 03 2019 05:38:00       Capital ONE BANK USA N,    Attn: Bankruptcy Dept.,
               15000 Capital One Dr,    Richmond,VA 23238
24359903      +EDI: WFNNB.COM Jul 03 2019 05:38:00       COMENITY BANK/Cathrins,    Attn: Bankruptcy Dept.,
               4590 E Broad St,    Columbus,OH 43213-1301
24359902      +EDI: WFNNB.COM Jul 03 2019 05:38:00       COMENITY CAPITAL/Blair,    Attn: Bankruptcy Dept.,
               Po Box 182120,    Columbus,OH 43218-2120
24508809       EDI: CAPITALONE.COM Jul 03 2019 05:38:00       Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
24359901      +EDI: WFNNB.COM Jul 03 2019 05:38:00       Comenitycapital/Haband,    Attn: Bankruptcy Dept.,
               4590 E Broad St,    Columbus,OH 43213-1301
24359898      +EDI: RCSFNBMARIN.COM Jul 03 2019 05:38:00       Credit ONE BANK NA,    Attn: Bankruptcy Dept.,
               Po Box 98875,    Las Vegas,NV 89193-8875
24359900      +E-mail/Text: bankruptcy@huntington.com Jul 03 2019 01:50:41      First Merit BANK,
               Attn: Bankruptcy Dept.,    295 First Merit Cir,    Akron,OH 44307-2305
24453892      +E-mail/Text: bankruptcy@huntington.com Jul 03 2019 01:50:41      FirstMerit Bank, N.A.,
               111 Cascade Plaza CAS 36,    Akron, OH 44308-1124
24663670       EDI: RESURGENT.COM Jul 03 2019 05:38:00       LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
24656436       EDI: MERRICKBANK.COM Jul 03 2019 05:38:00       MERRICK BANK,    Resurgent Capital Services,
               PO Box 10368,    Greenville, SC 29603-0368
24679177      +EDI: MID8.COM Jul 03 2019 05:38:00       MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
24359899      +EDI: MERRICKBANK.COM Jul 03 2019 05:38:00       Merrick BANK,    Attn: Bankruptcy Dept.,
               Po Box 9201,    Old Bethpage,NY 11804-9001
24738491       EDI: PRA.COM Jul 03 2019 05:38:00       Portfolio Recovery Associates, LLC,
               Successor to Barclays Bank Delaware,    POB 41067,    Norfolk, VA 23541
24569168       EDI: Q3G.COM Jul 03 2019 05:38:00       Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA  98083-0788
24359895      +EDI: RMSC.COM Jul 03 2019 05:38:00       Syncb/Walmart,    Attn: Bankruptcy Dept.,    Po Box 965024,
               Orlando,FL 32896-5024
                                                                                       TOTAL: 16


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
              Jason K Nielson    on behalf of Debtor 1 Beverly R. Learn ndil@geracilaw.com
              Lydia  Meyer    ecf@lsm13trustee.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                       TOTAL: 3